AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT

for the

District of Columbia

| United States of America | ) | |
|---|---|---|
| v. | ) | Case No. |
| JOHN LOLOS | ) | |
| | ) | |
| | ) | |
| | ) | |
| _Defendant_ | ) | |

## ARREST WARRANT

To:     Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
_(name of person to be arrested)_     JOHN LOLOS                                                                                            ,
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment          ☐ Superseding Indictment          ☐ Information          ☐ Superseding Information          ☑ Complaint
☐ Probation Violation Petition          ☐ Supervised Release Violation Petition          ☐ Violation Notice          ☐ Order of the Court

This offense is briefly described as follows:

18 U.S.C. 1752 (a)(1) & (2)- Knowingly Entering or Remaining in any Restricted Building or Grounds Without Lawful

Authority 40 U.S.C. 5104(e)(2)(D) & (G)- Violent Entry and Disorderly Conduct on Capitol Grounds

Date:     01/09/2021

Zia M. Faruqui
2021.01.09 13:40:53
-05'00'

_Issuing officer's signature_

City and state:     Washington, DC

ZIA M. FARUQUI, United States Magistrate Judge
_Printed name and title_

### Return

This warrant was received on _(date)_ 01/09/2021 , and the person was arrested on _(date)_ 01/09/2021
at _(city and state)_ Washington, DC .

Date: 01/22/2021

_Arresting officer's signature_

Tucker Kleitsch / Special Agent
_Printed name and title_