# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | No.: 21-CR-243 (APM) |
| v. | : | |
| **JOHN LOLOS,** | : | |
|             **Defendant.** | : | |

## NOTICE OF FILING DISCOVERY CORRESPONDENCE

The United States of America, by and through its attorney, the United States Attorney for the District of Columbia, hereby files its June 23, 2021, discovery letter in this case memorializing discovery produced on June 23, 2021 , which is hereby served as an attachment via ECF on counsel for the Defendants.

                                              Respectfully submitted,

                                              CHANNING D. PHILLIPS
                                              Acting United States Attorney
                                              D.C. Bar No. 415793

        By:       /s/ Anthony L. Franks_____
                     ANTHONY L. FRANKS
                     Missouri Bar No. 50217MO
                     Assistant United States Attorney
                     Detailee – Federal Major Crimes
                     United States Attorney's Office
                     for the District of Columbia
                     Telephone No . (314) 539-3995
                     anthony.franks@usdoj.gov

## CERTIFICATE OF SERVICE

On this 24th day of June, 2021, a copy of the foregoing was served on counsel of record for the defendant via the Court's Electronic Filing System.

                                           _____/s/_____
                                           Anthony L. Franks
                                           Assistant United States Attorney