

U.S. Department of Justice

Channing D. Phillips
Acting United States Attorney

*District of Columbia*

*Judiciary Center
555 Fourth St., N.W.
Washington, D.C.   20530*

**BY EMAIL**

June 23, 2021

**Edward B. MacMahon, Jr.**
EDWARD B. MACMAHON, JR., PLC
P.O. Box 25
107 East Washington Street
Middleburg, VA 20118

Re: United States v. John Lolos**,** 1:21-cr-00243-APM-1

Dear Mr. MacMahon:

Today, the Government supplemented its prior discovery productions by uploading the following to your USAfx files:

1. FBI 302 dated June 17, 2021.

We will continue to supplement the discovery in this case.

I recognize the government's discovery obligations under *Brady v. Maryland*, 373 U.S. 83 (1963), its progeny, and Rule 16.   I will provide timely disclosure if any such material comes to light.   Consistent with *Giglio*, *Ruiz*, and 18 U.S.C. § 3500, I will provide information about government witnesses prior to trial and in compliance with the court's trial management order.

I request reciprocal discovery to the fullest extent provided by Rule 16 of the Federal

Rules of Criminal Procedure, including results or reports of any physical or mental examinations, or scientific tests or experiments, and any expert witness summaries.  I also request that defendant disclose prior statements of any witnesses defendant intends to call to testify at any hearing or trial.  See Fed. R. Crim. P. 26.2; *United States v. Nobles*, 422 U.S. 255 (1975).  I request that such material be provided on the same basis upon which the government will provide defendant(s) with materials relating to government witnesses.

  Additionally, pursuant to Federal Rules of Criminal Procedure 12.1, 12.2, and 12.3, I request that defendant(s) provide the government with the appropriate written notice if defendant plans to use one of the defenses referenced in those rules.  Please provide any notice within the time period required by the Rules or allowed by the Court for the filing of any pretrial motions.

  I will forward additional discovery as it becomes available.  If you have any questions, please feel free to contact me.

            Sincerely,

            /s/ Anthony L. Franks
            Anthony L. Franks
            Assistant United States Attorney