**ebmjr macmahon-law.com**

**From:** Thomas Fragasso
**Sent:** Tuesday, June 8, 2021 12:53 AM
**To:** ebmjr macmahon-law.com
**Subject:** John Lolos' character

Dear Honorable Amrit P. Mehta, United States District Judge

My name is Thomas Fragasso, from　　　　　　. I am an employee of the　　　　　　 have worked for

5 1/2 years. Specifically, I work in the

I am writing on behalf of my colleague, John Lolos. I have known John professionally and personally for 21 years. We first met in

April, 2000 when we worked together in the United States Census 2000 Campaign, both as enumerators.

At that time John was just starting his business, American Corporate Security. Through the years John's business grew from a very

small company to a considerably larger one. John demonstrated hard work, perseverance and dedication to grow his business. John

always explained to me that he wanted to create a company that would "succeed and be important". American Corporate Security has

provided the security needs for numerous construction sites in the　　　　　　.John's dedication and vision for American

Corporate Security were crucial in the construction of the :　　　　　　 carries millions of commuters to work

in the greater Seattle area and currently has

On several occasions I have asked John to watch my house while I was on family vacations. He always gladly did so without

reservation or hesitation. I have always known John to be a hard working man of integrity.

Thank you,

Thomas Fragasso

To Honorable Judge Amit P. Mehta

United States District Judge

Re: John Lolos character reference letter

From: Steve Tortorice

I worked in law enforcement and corrections for 23 years and retired. I got into private investigation security/executive protection and Security Management for 15 years and now retired DONE. I have known John Lolos for 20 years as a hard working Security Guard business owner that built his company from scratch and made some money with a lot of hard work time and honesty with everyone including all of his clients that worked for the County and city contracts he handled. He hired trained and staffed of his people on construction contracts without complaints. Long grueling hours sometimes working himself, staffing, training to keep his business moving forward. While I was in Las Vegas as a Branch Manager for a Security Company he asked if I had ideas on paperwork that could help him in his business and I sent him some things that could enhance his business which it did and he was very happy to review the paperwork and was very happy to receive that information. He always had questions trying to learn more and get more business as an owner should. He spent so much time and effort building his business and make his clients happy as well as getting his name out for new clients he was consumed with it. John though out the years has been an honest, reliable, respectful of everyone, and a hard worker trying to be a good man and businessman. He has never exhibited any violence or broke any laws and is a all around good man.

Sincerely,

Steve Tortorice

06/06/2021

Honorable Amit P. Mehta,
United States District Judge

"Re: Character reference of my friend and employer John Lolos".

Dear Judge Mehta,

My name is Ron Williams I work as a security officer for Corp and for n. I have known John Lolos for over 5 years. I have worked as a security officer for his company ACS Security part time on weekends for this period of time. I'm still on his call list when he needs help with open shifts. I can count on him for extra work when I need it. I've had health issues recently, and during this pandemic on top of that it has helped out enormously.

When I went into the hospital for Surgery; at the time I hadn't worked for John in months, but when he called and asked if I was available for work and found out I was in the hospital he immediately said if I needed help anything (rent or food) to just let him know. He also sent gift package and get-well card. He actually brought the gift to the hospital but they gave him the wrong room and floor So, he left the gift at the front desk with my name on it and the hospital delivered it to my room. Small things like that is just one of the ways I've personally experienced his kindness.

What I can say about John Lolos is that he is a straight forward business man. John is very generous, he goes above and beyond for his employees. He often buys gear for employees and offers any services they might need to get though the day to day work. He also gives money to employees for transportation to and from work if it is needed. During this pandemic when everyone has different struggles, he has shown great leadership and support to make sure his employees get everything that they need during these trying times. He is a great asset to his community never asking for anything in return for is kindness and generosity, that is the John Lolos I know and trust.

Sincerely,

Ronald W. Williams

6-3-2021
Thur,

TO: THE HONERABLE Amit P. Mehta,
UNITED District Judge,

My NAME is Lynn Babick, my work is in Security, I'm AN HONERABLE DISCH, VETRAN.
MR John Lolas is A HONERABLE AND FAIR MAN. WHO I'M PRIVILEGDED to call Friend.
I WAS PAINFULLY CRIPPLED with (Bursitis). AND Fell Down, 2 Flights of concrete steps from my Single Apt, WHERE I live Alone, John Lolas is the ONE that OFFERD to HELP get AND DELIVER, FOOD. NUMEROUS times. THE Fact THAT I WAS ON crutchs, WAS very HARD.
IVE HAVE SEEN Him ADVANCE MONEY to people in DIRE NEED, OF it.
I HAVE KNOWN Him SINCE Nov, 2016.

Sincerly & thank you

Lynn Babick 6-3-2021
Thurs,